IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OTHA LEE COOPER | § | |
|     TDCJ-CID #1292672 | § | |
| V. | § | C.A. NO. C-05-434 |
| | § | |
| R. TREON, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Opinion and order of Dismissal, plaintiff's § 1983 claims are dismissed without prejudice as moot. This is a final judgment.

ORDERED this 8th day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE